COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-227-CV

IN RE ALLEN FITZGERALD CALTON RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s application for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s application for writ of mandamus is denied.

PER CURIAM

PANEL A:  DAUPHINOT, LIVINGSTON, and WALKER, JJ. 

DELIVERED: July 5, 2007  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.